# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES of AMERICA** | ) ) ) | |
| v. | ) ) | Civil Action No. 02-10085-FDS |
| **ERNESTO SANTANA,** | ) ) | |
| Defendant. | ) ) | |

## ORDER ON MOTION FOR
## RELIEF PURSUANT TO FAST TRACK

Defendant Ernesto Santana has filed a *pro se* motion seeking to reduce his prison term of 240 months based on the fact that he was not offered a "fast-track" option as to his charge of illegal reentry. As an initial matter, a defendant does not have a right to participate in that program. *See Ozuna-Cabrera v. United States*, 2012 WL 5398566, at *3 (D. Mass. 2012). Furthermore, the sentencing judge imposed a mandatory minimum sentence of 240 months based on his conviction on various drug-trafficking counts, not on the illegal reentry charge standing alone.

In any event, a sentence may be modified or reduced under 18 U.S.C. § 3582(c) only if (1) the Director of the Bureau of Prisons so moves (and certain other criteria are met); (2) the modification is permitted by statute; (3) the modification is permitted under Rule 35 of the Federal Rules of Criminal Procedure; or (4) the defendant was sentenced under a guideline range that has since been lowered. Nothing in defendant's motion suggests that any of those four circumstances apply to his case. Nor does it appear that defendant can file a motion under 28 U.S.C. § 2255, as it appears that the one-year limitation period has long since passed. *See* 28

U.S.C. § 2255(f).

Accordingly, and for the foregoing reasons, defendant's motion is DENIED.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: January 29, 2013